**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

WELLS FARGO BANK, *et al.*,          :
                                     :
　　Plaintiffs,                       :
                                     :
v.                                   :          CASE NO.:  7:26-CV-28 (WLS)
                                     :
CROWN PROPERTY MANAGEMENT:
GROUP, LLC, *et al.*,                 :
                                     :
　　Defendant.                        :
_____      :

## ORDER

　　Before the Court is a Stipulation of Dismissal (Doc. 3), filed by the Plaintiffs on February 17, 2026. Therein, the Plaintiffs stipulate to the dismissal of the above-captioned case without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Plaintiffs' Stipulation (Doc. 3). Therefore, the above-captioned action is **DISMISSED**, **WITHOUT PREJUDICE**. Plaintiffs' claims against Defendants having now been dismissed, the Clerk of Court is **DIRECTED** to close this case.

　　**SO ORDERED**, this 19th day of February 2026.

　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1