IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WELLS FARGO BANK,,                          *

            Plaintiff,                  *

v.                                          Case No. 7:26-cv-28 (WLS)

                                 *

CROWN PROPERTY MANAGEMENT
GROUP, LLC, et al.,                         *

            Defendants.                  *

_____

## J U D G M E N T

Pursuant to this Court's Order dated February 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 19th day of February, 2026.

                                David W. Bunt, Clerk


                                s/ Katie Logsdon, Deputy Clerk